

FILED

11/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0655

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0655

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERT GONZALEZ,

Defendant and Appellant.

FILED

NOV 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Counsel for Appellant Robert Gonzalez moves unopposed to dismiss this appeal on the ground that Gonzalez died in custody on October 24, 2020. Gonzalez's death has rendered the issues in this appeal moot.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 10 day of November, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices